# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-670
Lower Tribunal No. 00-10487

_____

**Jeffrey Locke,**
Appellant,

vs.

**City of Miami,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Robert J. Luck, Judge.

McGuinness & Gonzalez, P.A., and Lawrence J. McGuinness and Juliana Gonzalez, for appellant.

Victoria Méndez, City Attorney, and John A. Greco, Deputy City Attorney, and Kerri L. McNulty, Assistant City Attorney, for appellee.

Before EMAS, LOGUE and SCALES, JJ.

PER CURIAM.

For the reasons articulated in the trial court's well considered order, we affirm.

Affirmed.